AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
JUN 2 7 2017
Clerk, U S District Court
District Of Montana
Billings

# UNITED STATES DISTRICT COURT
## for the
### District of Montana

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MJ-17-42-BLG-TJC
) MJ- -BLG-TJC
Residence and garage of Richard Lee Gathercole )
121 6th Street West, Roundup, Montana )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___State and___ District of ___Montana___
*(identify the person or describe the property to be searched and give its location)*:

Single story light yellow house with light brown trim and an unattached light yellow with white trim two car garage located at 121 6th Street West, Roundup, Montana

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Affidavit of Probable Cause attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before ___July 7, 2014___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___TIMOTHY J. CAVAN___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: 06/24/2017 0:00 am _____
*Judge's signature*

City and state: Billings, Montana TIMOTHY J. CAVAN, U.S. Magistrate Judge
*Printed name and title*